Topper *v.* Arway, Inc., Appellant.

Argued December 6, 1971. *Carl S. Tannenbaum,* with him *Harry A. Takiff,* for appellant; *Donald E. Matusow,* with him *S. Gerald Litvin,* for appellee.
Order affirmed.

Travelers Indemnity Company, Appellant, *v.* Gallagher et al.

Argued December 13, 1971. *Robert J. Murphy,* with him *Thomas W. Murphy,* and *Murphy, Veldorale, Dougherty & Katevatis,* for appellant; no oral argument was made nor brief submitted for appellee.
Order affirmed.

Wanner, Appellant, *v.* Eshelman.

Argued December 8, 1971. *John P. Wanner,* appellant, in propria persona; no oral argument was made nor brief submitted for appellee.
Order affirmed.